Opinion issued January 22, 2009














In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-08-00001-CR

____________


IN RE MELISSA ANN SKILLERN, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Melissa Ann Skillern, filed a petition for a writ of mandamus
complaining that the trial court judge (1) refused to act on her motion for recusal.

 We deny the petition for a writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Nuchia (2) and Higley.


Do not publish. TEX.R.APP.P.47.2(b).



1. Relator named The Honorable Judge J. W. Woods, Jr., sitting as
a visiting judge for the 400th District Court of Fort Bend County,
Texas, as respondent.
2. Justice Sam Nuchia, who retired from the First Court of Appeals
on January 1, 2009, continues to sit by assignment for the
disposition of this case, which was submitted on January 21,
2009.